UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY LEE, | Case No. 2:17-cv-03230-GJS |
| --- | --- |
| Plaintiff | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: February 27, 2018

_____

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE